1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11

12

Samantha Barba,

13

Case No.: 2:25-cv-00271

14

Plaintiff,
v.

**ORDER GRANTING**

15

16

Equifax Information Services LLC;

**Stipulation for dismissal of**
**Trans Union LLC with**
**prejudice.**

17

Trans Union LLC; National Consumer
Telecom & Utilities Exchange, Inc.;

18

Clarity Services, Inc. and Synchrony
Bank,

19

20

Defendants.

21

22

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Samantha

23

Barba and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans

24

Union LLC with prejudice.

///

25

///

26

///

27

///

_____

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 11, 2025.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Samantha Barba*

**SKANE MILLS LLP**

/s/ *Sarai L. Thornton*
Sarai L. Thornton, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Counsel for Trans Union LLC*

IT IS SO ORDERED:

_____

ANNE R. TRAUM
UNITES STATES DISTRICT JUDGE

DATED: March 11, 2025

_____

STIPULATION                      - 2 -