UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA BARBA,<br><br>        Plaintiff,<br>v.<br><br>CLARITY SERVICES, INC., EQUIFAX INFORMATION SERVICES LLC, and SYNCHRONY BANK,<br><br>        Defendants. | Case No. 2:25-cv-00271-ART-DJA<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br>(ECF No. 22) |

Plaintiff Samantha Barba has filed a Notice of Voluntary Dismissal of claims against Defendant National Consumer Telecom & Utilities Exchange, Inc., with prejudice (ECF No. 22.) An action may be voluntarily dismissed by a Plaintiff as of right under Fed. R. Civ. P. 41(a)(1)(A)(i) if the notice of dismissal is filed before the opposing party files either an answer or a motion for summary judgment. Because Defendant National Consumer Telecom & Utilities Exchange, Inc. has not filed an answer, Defendant National Consumer Telecom & Utilities Exchange, Inc. is hereby DISMISSED WITH PREJUDICE.

Dated this 25th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1