GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA BARBA,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and SYNCHRONY BANK,<br><br>Defendant. | Case No. 2:25-cv-00271-ART-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 9, 2025 through and including **May 9, 2025**. The request was made by Equifax so that it can have an opportunity to

//

1  collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves.  This stipulation is filed in good faith and not intended to cause delay.
3        Respectfully submitted, this 7th day of April, 2025.

| | |
|---|---|
| CLARK HILL PLLC | <u>**No opposition**</u> |
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, NV 89135<br>Tel: (702) 862-8300<br>Fax: (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/*George Haines*<br>George Haines<br>**Freedom Law Firm, LLC**<br>8985 S. Eastern Ave.<br>Suite 100<br>Las Vegas, NV 89123<br>702-880-5554<br>Email: Ghaines@freedomlegalteam.com<br><br>*Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  4/8/2025

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 7th day of April, 2025, via CM/ECF, upon all counsel of record:

By: /s/ *Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709

- 3 -