1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Samantha Barba,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC; Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Synchrony Bank,<br><br>　　　　　　　Defendants. | Case No.: 2:25-cv-00271-ART-DJA<br><br>**ORDER GRANTING**<br><br>**JOINT NOTICE AND STIPULATION REGARDING THE STATUS OF SETTLEMENT** |

  **THIS STATUS UPDATE** is provided to this Court jointly by Defendant Synchrony Bank ("Synchrony") and Plaintiff Samantha Barba ("Barba," and together with Synchrony, the "Parties"), by and through their respective counsel of record. The Parties **STIPULATE** pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1 to extend the deadline to file dismissal documents from September 29, 2025 to November 28, 2025 based on the following:

  1. This is the first request for an extension of time to file dismissal documents.

  2. On July 28, 2025, Barba filed the Parties Notice of Settlement with this Court [ECF No. 35].

  3. This Court subsequently issued its minute order directing the parties to file dismissal documents by September 29, 2025 or a joint notice regarding the status of settlement no later than September 29, 2025.

- 1 -

4. The Parties requests this extension to allow for additional time to finalize the said settlement. Specifically, the Parties came to an agreement on the settlement agreement draft on September 22, 2025. This additional requested time allows the Parties to execute the agreement and to complete any terms under the agreement.

5. This stipulation is in good faith and not for dilatory or other improper purpose.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulate and agree to extend the deadline to file dismissal documents up to and including November 28, 2025.

**IT IS SO STIPULATED**

DATED this 25th day of September, 2025

| **WOMBLE BOND DICKINSON (US) LLP** | **FREEDOM LAW FIRM, LLC** |
|---|---|
| By: */s/ Anona Su*<br>    J Christopher Jorgensen, Esq.<br>    Nevada Bar No. 5382<br>    Anona Su, Esq.<br>    Nevada Bar No. 16140<br>    3993 Howard Hughes Parkway<br>    Suite 600<br>    Las Vegas, NV 89169<br><br>*Attorneys for Defendant Synchrony Bank* | By: */s/ Gerardo Avalos*<br>    George Haines, Esq.<br>    Nevada Bar No. 9411<br>    Gerardo Avalos, Esq.<br>    Nevada Bar No. 15171<br>    8985 South Eastern Ave., Suite 100<br>    Las Vegas, NV 89123<br><br>*Attorney for Plaintiff Orlando J. Castellon* |

**ORDER**

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Parties shall have until November 28, 2025 to file dismissal documents or a joint notice regarding the status of settlement no later than November 28, 2025.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: September 26, 2025