# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Samantha Barba, | Case No.: 2:25-cv-00271 |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| Equifax Information Services LLC; Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Synchrony Bank, | **Stipulation for dismissal of Synchrony Bank with prejudice** |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Samantha Barba and Synchrony Bank stipulate to dismiss Plaintiff's claims against Synchrony Bank with prejudice.

///
///
///
///

_____

STIPULATION                               - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 15, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Samantha Barba*

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Anona Su*
J Christopher Jorgensen, Esq.
Anona Su, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Counsel for Synchrony Bank*

## ORDER

Samantha Barba and Synchrony Bank stipulation to dismiss Plaintiff's claims against Synchrony Bank with prejudice, and with each party to bear it own costs, disbursements and attorney fees is granted. The Clerk of Court is instructed to close this case.

_____
ANNE R. TRAUM
UNITES STATES DISTRICT JUDGE

DATED: October 16, 2025